1. Lana Patrick is of legal age and a U.S. citizen. She resides in Duval County, Florida. She is an independent Journalist/Activist.

2. Defendant Lisa McGuire was employed by the Pasco County Tax Collector as a manager at all times relevant to the allegations in this complaint and is a resident of Florida.

3. The County of Pasco is a Florida municipality.

4. Defendant Sgt. Shireman was employed by Dade City Police Department at all times relevant and is a resident and citizen of the state of Florida.

5. Defendant Capt. Rowe was employed by Dade City Police Department at all times relevant and is a resident and citizen of the state of Florida.

FACTS

6. On 5-16-23 the plantiff Lana was in Pasco county to record the public employees of the Pasco County Tax Collector office.

7. At no time was I in a restricted area, I went into no areas that were secured or marked with signage. I stayed to the areas the public was allowed to walk freely in.

8. At 4:30(exhibit 1 video) they attempt to hand me a no recording policy, and at 4:41 (exhibit 1 video) Lisa asks me to stop recording or leave the building.

9. I politely refused her unlawful order to stop exercising my rights and continued on.

10. At 6:30 (exhibit 1 video) they attempt a hecklers veto to get me to stop recording by not serving their customers because i am recording.

11. At 7:49 (exhibit 1 video) I advise them that i am willing to wait outside for the police so that they may continue to serve the public instead of them inciting a breach of the peace.

12. At 17:38 (exhibit 1)I approach the defendants inside discussing trespassing me. As I try to record what they are saying, Capt Rowe threatens me with obstruction if i dont move from the public area i was in.

13. At 18:20 (exhibit 1) Lisa McGuire approaches and informs me that i am no longer allowed in the Tax Collectors office. At which point Sgt. Shireman informs me that if I don't leave i will be arrested.

14. At 19:03 (exhibit 1) Sgt. Shireman informs me that the trespass is for the whole building, although Lisa is the agent in charge of the whole building, they still enforce it.

15. At 19:50 Capt. Rowe informs me is in charge and if I go back into the building that I will be arrested for trespassing.

16. At 20:20 (exhibit 1) both Sgt. Shireman and Capt. Rowe lie to me and say that I am required by law to provide them with ID for the trespassing warning, and failure to do so would result in my arrest.

### CLAIM I - 42 USC 1983 - 1ST AMENDMENT CLAIM

All three defendants did unlawfully trespass me from a publicly accessible area of a public building, without any indication that i had broken any laws or had obstructed or impeded any business.

### CLAIM II- 42 USC 1983 - 1ST AMENDMENT RETALIATION CLAIM

All three defendants retaliated against me for exercising my 1st Amendment right to free press. I was exercising my right to record my government officials in in the course of their duties, and because they did not like me doing so they conspired to violate my rights by trespassing me.

### CLAIM III- 42 USC 1983- 4TH AMENDMENT VIOLATION

Defendants Shireman and Rowe violated my 4th amendment right to be free from unreasonable searches by threatening me with arrest in order to unlawfully get my ID for a trespassing warning.

### CLAIM IV- 42 USC 1983- 14TH/DUE PROCESS VIOLATION

All three defendants violated my due process by taking my liberty interest in public property without providing a deprivation hearing or any kind of appeal process.

**Date: April 24, 2024**

                        Respectfully submitted,

/s                    Pro Se

Lana Patrick Pro Se
9378 Arlington Expy
PMB 204
Jacksonville FL 32225
Email: thejtownpress@gmail.com

Phone: 904-624-5030

**Jury Demand**

Plaintiff requests a trial by jury.

s/ _____ Pro Se