# AFFIDAVIT

STATE OF FLORIDA )
COUNTY OF PASCO )

On this day personally appeared before me the undersigned authority, **Lisa McGuire**, who swears and affirms as follows:

1. I am over eighteen (18) years of age and otherwise competent to make this affidavit. I make this affidavit based on personal knowledge.

2. I am a defendant in the federal case of *Patrick v. McGuire, Shireman, and Rowe,* Case No. 8:24-cv-00999-MSS-NHA, which is pending in the United States District Court for the Middle District of Florida.

3. As of the date I make this affidavit, I hold the position of Office Manager I with the Pasco County Tax Collector. As such, I manage the Dade City branch office of the Pasco County Tax Collector.

4. I have held the position of Office Manager I, managing the Dade City branch office, since April 24, 2021.

5. As the Office Manager I for the Dade City branch office of the Pasco County Tax Collector, I oversee and am responsible for the day-to-day operation and performance of the Dade City branch office. I have a variety of job duties related generally to managing the Dade City branch office, managing, supervising, evaluating and disciplining branch office employees and subordinates, servicing customers, preparing reports, managing office workflow and procedures,

EXHIBIT 1

maintaining effective working relationships with co-workers, the general public, and other governmental agencies, among others.

6. Among my duties is to address and resolve more difficult work-related situations, such as when Lana Patrick, the person bringing the lawsuit in Case No. 8:24-cv-00999-MSS-NHA, appeared at the Dade City branch office to record the Pasco County Tax Collector's employees and offices as indicated in her court papers.

7. On the date Lana Patrick appeared at the Dade City branch office to record the Pasco County Tax Collector's employees and offices as indicated in her court papers, I was the Office Manager I for the Dade City branch office of the Pasco County Tax Collector.

8. Providing Lana Patrick with a copy of the Pasco County Tax Collector's "no recording policy" (the "no recording policy" was provided pursuant to and as required by Pasco County Tax Collector policy) and requesting that she cease recording or leave the building was within my discretionary authority as the Office Manager I for the Dade City branch office on the date Lana Patrick appeared and committed these acts she is suing on in the federal court case. These actions are of a type that fell within my job responsibilities, and I was performing a legitimate job-related function within my power and authority as the Office Manager I for the Dade City branch office to perform.

9. Trespassing Lana Patrick for the failure to comply with my requests and calling the Dade City police to remove her from the Dade City branch office was within my discretionary authority as the Office Manager I for the Dade City branch office on the date Lana Patrick appeared and committed these acts she is suing on in the federal court case. These actions are of a type that fell within my job responsibilities, and I was performing a legitimate job-related function within my power and authority as the Office Manager I for the Dade City branch office to perform.

FURTHER SAYETH AFFIANT NAUGHT

_____
Lisa McGuire

STATE OF FLORIDA )
COUNTY OF PASCO )

The foregoing instrument was acknowledged before me by means of ☑physical presence or ☐online notarization, on __6/21__, 2024, by Lisa McGuire who is (✓) personally known to me or ( ) who has produced _____ as identification.

_____
Notary Public- State of __Fl__
My Commission Expires: __9/30/27__



VIOLETA GOMEZ
Notary Public
State of Florida
Comm# HH442742
Expires 9/30/2027