UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**LANA PATRICK,** *pro se,*

    **Plaintiffs,**

                          Case No. 8:24-cv-00999-MSS-NHA

v.

**LISA MCGUIRE, SGT. SHIREMAN DCPD, and CAPT. ROWE, DCPD,**

    **Defendants.**
_____/

## DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to Local Rule 3.01(i), Defendant, LISA McGUIRE, through counsel, gives notice of supplemental authority:

1.    **Citation of Authority –** *McDonough v. Garcia,* -- F.4th --, 2024 WL 4195557 (11th Cir. September 16, 2024) (*en banc*).

2.    **Specification by page, paragraph, and line of the issue or argument in the earlier paper that the authority supplements**.

A.    *Defendant Lisa McGuire's Dispositive Motion to Dismiss Complaint for Violation of Civil Rights (Non-Prisoner Complaint) (Dkt. 1, 1-2) with Prejudice and Memorandum of Law* **(Dkt. 16)** – supplements issues or arguments made at pages 12 through 16, §§ III.a., "First Amendment Law, including Forum Analysis", and III.b., "Public Forum Analysis".

3. **Quotations from the Case**

…the Constitution does not require the government to "grant access to all who wish to exercise their right to free speech," no matter the setting, "without regard to the nature of the property or to the disruption that might be caused by the speaker's activities." *McDonough,* 2024 WL 4195557, at *2.

…when a government opens a limited public forum for a particular purpose, it "may legally preserve the property under its control for the use to which it is dedicated" … (and) the government can create a limited public forum reserved "for certain groups or for the discussion of certain purposes," so long as its restrictions are reasonable and viewpoint neutral. *McDonough,* 2024 WL 4195557, at *6.

Respectfully submitted,

*/s Frederick T. Reeves*
Frederick T. Reeves, Esq.
Fla. Bar No. 499234
Lead Counsel
Frederick T. Reeves, P.A.
5709 Tidalwave Drive
New Port Richey, Florida 34652
Telephone (727) 844-3006
Facsimile (727) 844-3114
freeves@tbaylaw.com
vicki@tbaylaw.com

Attorneys for Defendant, LISA McGUIRE

**Certificate of Service**

I HEREBY CERTIFY that, on September 20, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and this motion was thus served on the following: ***Lana Patrick, pro se***, 9378 Arlington Expressway PMB 204, Jacksonville, Florida 32225, and **Jay Daigneault, Esq.**, and **Randol D. Mora, Esq.,** Trask Daigneault, LLP, 1001 S. Ft. Harrison Ave., Ste. 201, Clearwater, Florida 33756.

*/s/ Frederick T. Reeves*
Frederick T. Reeves, Esq.