**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LANA PATRICK, *pro se*,

      Plaintiffs,

                                                  Case No. 8:24-cv-00999-MSS-NHA

v.

LISA MCGUIRE, SGT. SHIREMAN
DCPD, and CAPT. ROWE, DCPD,

      Defendants.
_____/

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

      Defendants, SGT. ROBERT SHIREMAN and CAPT. WILLIAM ROWE, give notice of supplemental authority as follows pursuant to Local Rule 3.01 (i):

      1.    **Citation of authority**: McDonough v. Garcia, -- F.4th --, 2024 WL 4195557 (11th Cir. September 16, 2024) (*en banc*).

      2.    **Specification by page, paragraph, and line of the issue or argument in the earlier paper that the authority supplements**:

*Defendants Sergeant Robert Shireman's and Captain William Rowe's Dispositive Motion to Dismiss Plaintiff's Complaint with Prejudice and Incorporated Memorandum of Law* **(Dkt. 15)** - supplements issues or arguments made at pages 12 (first full paragraph) through 17, under § III.b., "Count I should be dismissed with prejudice."

      3.    **Succinct quotations from the case:**

…the Constitution does not require the government to "grant access to all who wish to exercise their right to free speech," no matter the setting,

"without regard to the nature of the property or to the disruption that might be caused by the speaker's activities." *McDonough,* 2024 WL 4195557, at *2.

…when a government opens a limited public forum for a particular purpose, it "may legally preserve the property under its control for the use to which it is dedicated"… (and) the government can create a limited public forum reserved "for certain groups or for the discussion of certain purposes," so long as its restrictions are reasonable and viewpoint neutral. *McDonough,* 2024 WL 4195557, at *6.

    Respectfully submitted,

/s/ Jay Daigneault
Jay Daigneault, Esq., FBN 0025859
Randol D. Mora, Esq., FBN: 0099895
Trask Daigneault, LLP
1001 S. Ft. Harrison Avenue, Ste. 201
Clearwater, FL 33756
Ph: 727.733.0494 Fax: 727.733.2991
jay@cityattorneys.legal
randy@cityattorneys.legal
jennifer@cityattorneys.legal
*Attorneys for Defendants SGT. ROBERT SHIREMAN and CAPTAIN WILLIAM ROWE*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 20, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and this motion was thus served on the following: Lana Patrick, *pro se,* 9378 Arlington Expressway PMB 204, Jacksonville, Florida 32225.

Jay Daigneault, Esq., FBN 0025859
Randol D. Mora, Esq., FBN: 0099895
Trask Daigneault, LLP