FORM 1. Notice of Appeal from a United States Federal Court (District Court, Court of Appeals for Veterans Claims, Court of Federal Claims (non-vaccine appeals), and Court of International Trade)   Form 1   March 2023

# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

## NOTICE OF APPEAL

Notice is hereby given that the appellant(s) listed below hereby appeal(s) the below-noted case to the United States Court of Appeals for the Federal Circuit.

Case number being appealed: __8:24-cv-999-MSS-NHA__

Case title being appealed: __Patrick__ v. __McGuire__

Date of final judgment or order being appealed: __11/15/2024__

**List all Appellants** (List each party filing this appeal. Do not use "et al." or other abbreviations. Attach continuation pages if necessary.)

Lana Patrick Pro Se

Date: __12/06/2024__

Signature: _[signature]_

Name: __Lana Patrick__

Address: __9378 Arlington Expy__

__Jacksonville FL 32225__

Phone Number: 904-__524-6030__

Email Address: __thejtownpress@gmail.com__